NUMBER 13-04-411-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 
PAT GIBSON,                                                                   Appellant,

v.

ANCHOR HARBOR MOBILE HOME PARK,                             Appellee.
___________________________________________________________________

On appeal from County Court at Law No. 5 
of Nueces County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, Pat Gibson, has filed an appeal with this Court. On August 10,
2004, the Clerk of this Court advised appellant that the notice of appeal did not
comply with rules 25.1(d) and 9.5(d) of the Texas Rules of Appellate Procedure. 
Appellant failed to correct these defects. 
         On September 30, 2004, the Clerk again notified appellant that his notice of
appeal failed to comply with the applicable rules, and advised appellant that steps
should be taken to correct the defects, if it could be done. Appellant was advised that
if the defects were not cured within ten days from the date of receipt of this Court’s
letter, the appeal would be dismissed. See Tex. R. App. P. 42.3.
         Again, appellant failed to correct said defects. The Court, having considered the
documents on file and appellant's failure to comply with the rules, is of the opinion
that the appeal should be dismissed. The appeal is hereby DISMISSED. All pending
motions are dismissed as moot.
                                                                                 PER CURIAM
Memorandum Opinion delivered and filed 
this the 28th day of April, 2005.